IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT            13-421

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:    615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   __Continental__           County:  __Philadelphia__

City and State of Defendant:   __PLEASE SEE REVERSE__

County:  __PLEASE SEE REVERSE__           Register number:  __N/A__

Place of accident, incident, or transaction:   __Eastern District of Pennsylvania__

Post Office:   __Multiple (Unknown)__   County:  __Multiple and District of New Jersey__

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: **NO**

Case Number:  **N/A**       Judge: **N/A**

CRIMINAL:     (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)
1.   ()    Antitrust
2.   ()    Income Tax and other Tax Prosecutions
3.   ()    Commercial Mail Fraud
4.   ()    Controlled Substances
5.   ()    Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6.   (X)   General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES):
18 U.S.C. § 1962(d) (racketeering conspiracy - 1 count); 18 U.S.C. § 1962(c) (racketeering - collection of unlawful debt - 11 counts); 18 U.S.C. § 892 (making an extortionate extension of credit - 4 counts); 18 U.S.C. § 894(a)(1) (collection of an extension of credit by extortionate means - 8 counts); 18 U.S.C. § 1955 (illegal gambling business - 1 count); 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a crime of violence - 1 count); 18 U.S.C. § 2 (aiding and abetting); Notice of Forfeiture

DATE:  __8/21/13__            _____
                              SALVATORE L. ASTOLFI
                              Assistant United States Attorney

File No. 2009R01414
U.S. v. Eneo Jahaj

**Defendants:**

(1)   Ylli Gjeli, a/k/a "Willie"
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia

(2)   Fatimir Mustafaraj, a/k/a "Tony"
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia

(3)   George Markakis, a/k/a "George the Greek," a/k/a "Fat George"
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia

(4)   Erion Murataj, a/k/a "Ben," a/k/a "Paul"
      City: Huntingdon Valley
      State: Pennsylvania
      County: Montgomery

(5)   Gezim Asllani, a/k/a "Sam"
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia

(6)   Rezart Rahmi Telushi, a/k/a "Luigi"
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia

(7)   Eneo Jahaj, a/k/a "Nimo"
      City: Pennsylvania
      State: Philadelphia
      County: Philadelphia

(8)   Brian Jackson
      City: Harleysville
      State: Pennsylvania
      County: Montgomery

(9)   Ardit Pone
      City: Philadelphia
      State: Pennsylvania
      County: Philadelphia